Entered on Docket
January 19, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-10-31912-LBR<br>Chapter 13 |
|---|---|
| ALBERTO F. PERALTA,<br><br>Debtor. | Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C § 521(i) in that the Debtor has not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day period expired on January 6, 2011.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor's failure to comply with 11 U.S.C. § 521(i).

/ / /

3

1 | **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount
2 | of $150.00 per quarter that case is pending.
3 | DATED this 18th day of January, 2011.
4 |
5 | Submitted by:
6 |
7 | /s/ Marianne Gatti
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
8 | 701 Bridger Ave., Suite 820
Las Vegas, NV 89101
9 | Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

***